# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ERICA SALAZAR | CASE NO. |
|---|---|
| Plaintiff(s), | 2:20−cv−00567−DSF−AS |
| v. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| COUNTY OF LOS ANGELES, et al. | |
| Defendant(s). | |

Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

In this case, County of Los Angeles, Los Angeles County Probation Department, Teri L. McDonald –Los Angeles County Chief Probation Officer, LaCour Harrison – Supervising Deputy Probation Officer, Claudette Reynolds – Deputy Probation Officer, and Maria Asuzena Guerrero – Deputy Probation Officer, Karnesha Marshall –Deputy Probation Officer failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before March 11, 2020 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

IT IS SO ORDERED.

Date: February 26, 2020    /s/ *Dale S. Fischer*
Dale S. Fischer
United States District Judge